### ELROD *v.* SUTTON.

BECK, P. J. The motion for a new trial in this case contains only the usual general grounds; and there being sufficient evidence to authorize the verdict, the court below did not err in refusing a new trial.

*Judgment affirmed. Russell, C. J., and Atkinson, Hill and Gilbert, JJ., concur.*

No. 8786. JUNE 16, 1932.

903

*B. F. Whelchel, W. P. Whelchel,* and *B. P. Gaillard Jr.,* for plaintiff in error.

*Hammond Johnson, R. W. Smith Jr.,* and *Alex. M. Hitz,* contra.